RECEIVED
MAY 18 2022
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

United States of America

v.

Daniel Cole

Case No: 22-5048 (RLB)

## MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

**The issues which I wish to raise on appeal are:**

1) As a basis for compassionate release, petitioner argues that the change in law regarding 18 U.S.C. § 924(c) "Stacking" qualifies as extraordinary and compelling circumstances, and the Court CAN consider a non-retroactive amendments to the penalties imposed by 18 U.S.C. § 924(c) United States v. McCall No. 21-3400 (6th Cir. Dec. 17, 2021) 2) Petitioners wife has multiple medical conditions and needs her husbands help. 3) Petitioner also notes his rehabilitative efforts. I also request this appeal be held in Abeyance pending decision of McCall case in Enbanc.

Signed: Daniel Cole

Date: MAY 15 2022

Address: Federal Correctional Institution P.O. Box 4000 Manchester KY 40962

**INCARCERATED LITIGANTS ARE TO INCLUDE A COPY OF HIS/HER TRUST ACCOUNT FOR THE LAST SIX MONTHS.**

### CERTIFICATE OF SERVICE

I certify that a copy of the motion and affidavit was sent to opposing counsel via U.S. Mail on the 15 day of MAY, 2022.

Signature (Notary not required)

Daniel Cole

03/2011

NAME DANIEL COLE   QTR. L-A
REG. NO. 44201-074
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000



RECEIVED
MAY 18 2022
DEBORAH S. HUNT, Clerk

United States Court of Appeals
For the Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988